### 9484. CHATFIELD *v.* THE STATE.

BLOODWORTH, J. The motion for new trial contained only the general grounds, there was evidence to support the verdict of guilty, and, the verdict having the approval of the trial judge, this court will not interfere.

*Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*

DECIDED APRIL 2, 1918.

Indictment for misdemeanor; from Crawford superior court—Judge Mathews. December 8, 1917.

*R. H. Culverhouse, W. J. Wallace,* for plaintiff in error.

*John P. Ross, solicitor-general,* contra.